**Order entered December 1, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00326-CR

**NEIL PAUL NOBLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F18-45998**

## ORDER

The following five motions are before the Court: (1) Appellant's Motion to Remove Ankle Monitor, (2) Appellant's Supplemental Motion to Remove Ankle Monitor, (3) Appellant's 2nd Supplemental Motion to Remove Ankle Monitor, (4) Appellant's Motion to Supplement his brief, and (5) Appellant's Objection to Denial of Oral Argument. The Court issued its opinion in this appeal on December 1, 2022. We, therefore, **DENY** Appellant's motions as moot and **OVERRULE** his objection to the Court's submission of the appeal without oral argument.

/s/     ROBBIE PARTIDA-KIPNESS
JUSTICE